**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)     Case Number **05−47107**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of Eastern District of Texas

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/13/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James Corey Goode
1328 Finley Drive
Plano, TX 75025

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 05−47107 | xxx−xx−2213 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John F. Williams Jr.<br>John F. Williams, Jr., P.C.<br>18111 N. Preston Rd., Suite 810<br>Dallas, TX 75252<br>Telephone number: 972−527−4500 | Michelle Chow<br>5207 McKinney Ave., No.17<br>Dallas, TX 75205<br>Telephone number: (214) 521−6627 |

### Meeting of Creditors
Date: **December 22, 2005**      Time: **09:15 AM**
Location: **2000 E. Spring Creek Parkway, Plano, TX 75074**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/20/06**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509−1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James D. Tokoph |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 10/18/05 |

**EXPLANATIONS** FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0540-4           User: harpinw              Page 1 of 2             Date Rcvd: Oct 19, 2005
Case: 05-47107                 Form ID: B9a               Total Served: 42


The following entities were served by first class mail on Oct 20, 2005.
db          +James Corey Goode,    1328 Finley Drive,    Plano, TX 75025-2919
aty         +John F. Williams, Jr.,    John F. Williams, Jr., P.C.,    18111 N. Preston Rd., Suite 810,
              Dallas, TX 75252-6612
tr          +Michelle Chow,    5207 McKinney Ave., No.17,    Dallas, TX 75205-3355
ust         +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
              Tyler, TX 75702-7231
4386684      Allied Interstate,    PO Box 361475,    Columbus, OH 43236-1475
4386685     +Attorney General of Texas,    Taxation Division-Bankruptcy,    Box 12548, Capitol Station,
              Austin, TX 78711-2548
4386686     +Beneficial,    PO Box 8633,    Elmhurst, IL 60126-8633
4386687      Capital One,    P.O. Box 650007,    Dallas, TX 75265-0007
4386688      Citi Financial Auto,    PO Box 183036,    Columbus, OH 43218-3036
4386689      Collin Co. Tax Assessor,    PO Box 8006,    McKinney, TX 75070-8006
4386690      Deuteronomy Allied Health Grp.,    PO Box 910042,    Dallas, Texas 75391-0042
4386691      Direct Loans,    PO Box 7202,    Utica, NY 13504-7202
4386692     +Equity Residential,    6404 International Pkwy Ste 1500,    Plano, TX 75093-8228
4386694      Home Depot,    PO Box 6028,    The Lake, NV 88901-6028
4386696     +Money Control,    PO Box 49990,    Riverside, CA 92514-1990
4386698      NCO Financial,    515 Pennsylvania Ave.,    Philadelphia, PA 19114
4386699     +NCO Financial Systems, Inc.,    PO Box 7590, Dept. 64,    Hampton, VA 23666-0590
4386697     +Nautilus/HSBC,    c/o Corporate Receivables Inc.,    PO Box 32995,    Phoenix, AZ 85064-2995
4386700     +North Dallas Pathology Services, PA,    PO Box 744127,    Dallas, Texas 75374-4127
4386701      Presbyterian Hospital of Dallas,    PO Box 910115,    Dallas, TX 75391-0115
4386703      Presbyterian Hospital of Plano,    PO Box 910812,    Dallas, Texas 75391-0812
4386702      Presbyterian Hospital of Plano,    PO Box 910156,    Dallas, TX 75391-0156
4386705      Quest Diagnostics,    PO Box 41652,    Philadelphia, PA 19101-1652
4386704     +Quest Diagnostics,    PO Box 13589,    Philadelphia, PA 19101-3589
4386706      SBC Southwestern Bell,    PO Box 930170,    Dallas, TX  75393-0170
4386707      Sprint PCS,    PO Box 660750,    Dallas, T X 75266-0750
4386708     +Stacy Goode,    1328 Finley Dr.,    Plano, Texas 75025-2919
4386709      State Comptroller/John Sharp,    Revenue Accounting Div/Bky,    PO Box 13528,
              Austin, TX 78711-3528
4386713     +TXU Electric,    PO Box 660409,    Dallas, TX 75266-0409
4386710      Texas Employment Commission,    T.E.C. Bldg.-Bankruptcy,    101 East 15th Street,
              Austin, TX 78701-1442
4386711     +Texas Neurology,    8440 Walnut Hill Lane, Suite 510,    Dallas, TX 75231-3835
4386712     +Texas Radiology Associates,    PO Box 740968,    Dallas, TX 75374-0968
4386716      US District Clerk,    Sherman Division,    216 Federal Bldg.,    Sherman, TX 75090
4386714     +United States Attorney,    110 North College, Suite 700,    Tyler, TX 75702-0204
4386715     +United States Trustee,    110 North College,    Suite 300,    Tyler, TX 75702-7231
4386717     +Verizon,    PO Box 920041,    Dallas, TX 75392-0041
4386718      Wells Fargo,    c/o Plato Jr Education Loan,    PO Box 5160,    Sioux Falls, SD 57117-5160
4386719     +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
4386720      Womens Diagnostic of Plano,    PO Box 25885,    Oklahoma City, OK 73125-0885
4386721      Xelco Collection Services,    PO Box 378130,    Denver, CO 80237-8130

The following entities were served by electronic transmission on Oct 20, 2005 and receipt of the transmission
was confirmed on:
4386686     +EDI: HFC.COM Oct 20 2005 04:52:00      Beneficial,    PO Box 8633,    Elmhurst, IL 60126-8633
4386693     +EDI: AFNIVERIZON.COM Oct 20 2005 04:52:00      GTE Southwest,    PO Box 920041,
              Dallas, TX 75392-0041
4386695     +EDI: IRS.COM Oct 20 2005 04:52:00      IRS/SPS,    Special Procedures Rm 9A20,
              1100 Commerce Street 5024 Dal,    Dallas, TX 75242-1027
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0540-4          User: harpinw           Page 2 of 2              Date Rcvd: Oct 19, 2005
Case: 05-47107                Form ID: B9a            Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2005**                    **Signature:**    _Joseph Speetjens_