UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

**Date Petition Filed**
**10/13/2005**

In re:

**JAMES GOODE**

Debtor(s)

Bankr. Case No. 05-47107

Chapter 7

**REAFFIRMATION AGREEMENT**

1. On the date this case was filed, the Debtor(s) signing below was/were indebted to CitiFinancial Auto, Ltd. ("Creditor") based upon a Contract dated June 7, 2004

2. Creditor has a valid and perfected security interest in a 2004 DODGE DURANGO 1D4HD38K84F115126.

3. The Debtor(s) signing below agree(s) to pay Creditor the sum of $25,444.90 with interest thereon at the rate of 8.95% per annum computed from December 22, 2005 as follows:

   [ ]  payment of $_____ on _____, and
   [ ]  payment of $_____ on _____, and
   [x]  in Monthly installments of $473.98 commencing on February 1, 2006 and continuing on the same day of each succeeding month.
   [x]  The remaining balance is due on October 1, 2011

4. This Agreement incorporates all the terms and conditions of the documents evidencing the above-described indebtedness, except as otherwise specifically stated in this Agreement

**THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH SUBSECTION 524(c) OF THE BANKRUPTCY CODE.**

**NOTICE TO THE DEBTOR(S): THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER THIS AGREEMENT IS FILED WITH COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE TO CREDITOR.**

Dated  1-6-2006              James Corey Goode
                             Debtor

Dated  1-6-2006              _____
                             Debtor

Dated  1/20/06               CITIFINANCIAL AUTO, LTD.
                             By  Joyce McMartin
                             Joyce McMartin
                             PO Box 1472
                             Minneapolis, MN 55440-1472
                             (800) 963-9813

R

**DECLARATION OF ATTORNEY**

I hereby declare as follows: I am the attorney who has represented the Debtor(s) during the course of negotiating the above Agreement. This Agreement represents a fully informed and voluntary agreement by Debtor(s), and does not impose any undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences an agreement of the kind specified in Section 524(c) of the Bankruptcy Code and any default under such agreement.

_____
Attorney for Debtor

xxxxx48101 / 212653