Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

Eastern District of Texas
**Case No. 05–47107**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Corey Goode
   1328 Finley Drive
   Plano, TX 75025

Social Security No.:
   xxx–xx–2213

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 3/7/06                                        Brenda T. Rhoades
                                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0540-4           User: carterl                 Page 1 of 2              Date Rcvd: Mar 07, 2006
Case: 05-47107                 Form ID: B18                  Total Served: 45

The following entities were served by first class mail on Mar 09, 2006.
db           +James Corey Goode,    1328 Finley Drive,    Plano, TX 75025-2919
aty          +John F. Williams, Jr.,    John F. Williams, Jr., P.C.,    18111 N. Preston Rd., Suite 810,
               Dallas, TX 75252-6612
aty          +Mary A. Daffin,    Barret Burke Wilson Castle et al,    1900 St. James Place,   Suite 500,
               Houston, TX 77056-4125
tr           +Michelle Chow,    5401 N. Central Expressway Suite 218,    Dallas, TX 75205-3347
ust          +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
               Tyler, TX 75702-7231
cr           +Wells Fargo Bank, N.A.,    c/o Barrett Burke Wilson Castle Daffin,    1900 St. James Place, Ste. 500,
               Houston, TX 77056-4125
4386684       Allied Interstate,    PO Box 361475,    Columbus, OH 43236-1475
4386685      +Attorney General of Texas,    Taxation Division-Bankruptcy,    Box 12548, Capitol Station,
               Austin, TX 78711-2548
4386686      +Beneficial,    PO Box 8633,    Elmhurst, IL 60126-8633
4386687       Capital One,    P.O. Box 650007,    Dallas, TX 75265-0007
4386688       Citi Financial Auto,    PO Box 183036,    Columbus, OH 43218-3036
4386689       Collin Co. Tax Assessor,    PO Box 8006,    McKinney, TX 75070-8006
4386690       Deuteronomy Allied Health Grp.,    PO Box 910042,    Dallas, Texas 75391-0042
4386691       Direct Loans,    PO Box 7202,    Utica, NY 13504-7202
4386692      +Equity Residential,    6404 International Pkwy Ste 1500,    Plano, TX 75093-8228
4386694       Home Depot,    PO Box 6028,    The Lake, NV 88901-6028
4386696      +Money Control,    PO Box 49990,    Riverside, CA 92514-1990
4386698       NCO Financial,    515 Pennsylvania Ave.,    Philadelphia, PA 19114
4386699      +NCO Financial Systems, Inc.,    PO Box 7590, Dept. 64,    Hampton, VA 23666-0590
4386697      +Nautilus/HSBC,    c/o Corporate Receivables Inc.,    PO Box 32995,    Phoenix, AZ 85064-2995
4386700      +North Dallas Pathology Services, PA,    PO Box 744127,    Dallas, Texas 75374-4127
4386701       Presbyterian Hospital of Dallas,    PO Box 910115,    Dallas, TX 75391-0115
4386703       Presbyterian Hospital of Plano,    PO Box 910812,    Dallas, Texas 75391-0812
4386702       Presbyterian Hospital of Plano,    PO Box 910156,    Dallas, TX 75391-0156
4386705       Quest Diagnostics,    PO Box 41652,    Philadelphia, PA 19101-1652
4386704      +Quest Diagnostics,    PO Box 13589,    Philadelphia, PA 19101-3589
4386706       SBC Southwestern Bell,    PO Box 930170,    Dallas, TX  75393-0170
4386708      +Stacy Goode,    1328 Finley Dr.,    Plano, Texas 75025-2919
4386709       State Comptroller/John Sharp,    Revenue Accounting Div/Bky,    PO Box 13528,
               Austin, TX 78711-3528
4386713      +TXU Electric,    PO Box 660409,    Dallas, TX 75266-0409
4386710       Texas Employment Commission,    T.E.C. Bldg.-Bankruptcy,    101 East 15th Street,
               Austin, TX 78701-1442
4386711      +Texas Neurology,    8440 Walnut Hill Lane, Suite 510,    Dallas, TX 75231-3835
4386712      +Texas Radiology Associates,    PO Box 740968,    Dallas, TX 75374-0968
4386716       US District Clerk,    Sherman Division,    216 Federal Bldg.,    Sherman, TX 75090
4386714      +United States Attorney,    110 North College, Suite 700,    Tyler, TX 75702-0204
4386715      +United States Trustee,    110 North College,    Suite 300,    Tyler, TX 75702-7231
4386717      +Verizon,    PO Box 920041,    Dallas, TX 75392-0041
4386718       Wells Fargo,    c/o Plato Jr Education Loan,    PO Box 5160,    Sioux Falls, SD 57117-5160
4386719      +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
4386720       Womens Diagnostic of Plano,    PO Box 25885,    Oklahoma City, OK 73125-0885
4386721       Xelco Collection Services,    PO Box 378130,    Denver, CO 80237-8130

The following entities were served by electronic transmission on Mar 07, 2006 and receipt of the transmission
was confirmed on:
cr            EDI: PHINARCADIA.COM Mar 07 2006 20:28:00      CitiFinancial Auto,    PO Box  1472,
               Minneapolis, MN  55440-1472
4386686      +EDI: HFC.COM Mar 07 2006 20:28:00      Beneficial,    PO Box 8633,    Elmhurst, IL 60126-8633
4386693      +EDI: AFNIVERIZON.COM Mar 07 2006 20:28:00      GTE Southwest,    PO Box 920041,
               Dallas, TX 75392-0041
4386695      +EDI: IRS.COM Mar 07 2006 20:28:00      IRS/SPS,    Special Procedures Rm 9A20,
               1100 Commerce Street 5024 Dal,    Dallas, TX 75242-1027
4386697      +EDI: HFC.COM Mar 07 2006 20:28:00      Nautilus/HSBC,    c/o Corporate Receivables Inc.,
               PO Box 32995,    Phoenix, AZ 85064-2995
4386707       EDI: NEXTEL.COM Mar 07 2006 20:28:00      Sprint PCS,    PO Box 660750,    Dallas, T X 75266-0750
4386718       EDI: WFFC.COM Mar 07 2006 20:28:00      Wells Fargo,    c/o Plato Jr Education Loan,    PO Box 5160,
               Sioux Falls, SD 57117-5160
4386719      +EDI: WFFC.COM Mar 07 2006 20:28:00      Wells Fargo Home Mortgage,    1 Home Campus,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0540-4          User: carterl          Page 2 of 2                Date Rcvd: Mar 07, 2006
Case: 05-47107                Form ID: B18           Total Served: 45

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2006**                        **Signature:**   *Joseph Speetjens*